Rogelio Mag Ruiz F-59761
Name and Prisoner/Booking Number

CSP-SAC B8-121
Place of Confinement

P.O.Box 290066
Mailing Address

Represa, CA 95671
City, State, Zip Code

FILED

JAN 29 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Rogelio Mag Ruiz
(Full Name of Plaintiff)              Plaintiff,

v.

(1) e. Sadler
(Full Name of Defendant)

(2) Anderson

(3)

(4)
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:19-cv-0147-TLN-EFB-P
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: CSP-SAC Represa, CA 95671

RECEIVED

JAN 29 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Revised 3/15/2016                    1

## B. DEFENDANTS

1.  Name of first Defendant: C. SADLER . The first Defendant is employed as:

    c/o _____ at CSP-SAC Repred cp 95671 .

    (Position and Title)                                    (Institution)

2.  Name of second Defendant: Anderson . The second Defendant is employed as:

    c/o _____ at CSP-SAC Repred cp 95671 .

    (Position and Title)                                    (Institution)

3.  Name of third Defendant: _____ . The third Defendant is employed as:

    _____ at _____

    (Position and Title)          N /A          (Institution)

4.  Name of fourth Defendant: _____ . The fourth Defendant is employed as:

    _____ at _____

    (Position and Title)                        (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☐ No

2.  If yes, how many lawsuits have you filed? _____ . Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

    b.  Second prior lawsuit:                N   A
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _Unusual punishment_
_USe EXcessive FORce_

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. On 8-22-2018
When I was in the cage of Law Library inmate Rojas he was next cage he was presur tome For many, I tell him I don't have many, then he toldme When We can back Igoing kick you. When c/o C. Sadler he scost me and We stop in the Sally port. Rojas inmate core No. AP-9615 he swing an kicke but he not injured to me, inmediatly c/o Ander-Sen pulled to Rojas placing tohim in position prone, I continued state stand up Quite, c/o sadler he continued to my side git it tome of my arm, sudenly without no order "got down" he throw All his body on me throw me on the floor innesesrily Because Rojas was in position prone, Just he had have order tome sit down and not to act inecesary. When he throw me and I fell down on the floor my hand (Right) is Brocke with an injure of approximately 3 three inches with 7 stiches my head was hit it on the floor and I lost My sense aproximatly 3 or Five minutes, Now I have dificult in my brein and I have Blurred Vision and continued head eck and 4 spine cord Falsed (Fake) in my Neck.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
I believe was unesesary use of Farce an unusul punishment, It was injured with 2 two or 3-three inches in my Right hand and dameges with Four 4 spine cord Falsed alot pain in my head, spine dorsal and irreversible damage in both hands.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _N/A_

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Disciplinary proceedings Fails to complit Rules CDCR.

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

- [ ] Basic necessities
- [ ] Mail
- [ ] Access to the court
- [ ] Medical care
- [x] Disciplinary proceedings
- [ ] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [ ] Excessive force by an officer
- [ ] Threat to safety
- [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

on August 22-2018 I was scorted by c/o Andersen When we can back of law library andersen the he Fails complit rules of cdcr. alloued tha inmate Rojas Wokin Walkin very along (thogeder) to my side Alloued to Rojos Kick it to me in result I was Sufering alqt damages in consecuence Whe i was Throw on the Floor cousingme an injured in my Right hand and Four 4 Spine cord in my Neck and my both wrist When I Fail doun on the floor in my back with boths wrist hond Cuff.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I Have injure in my Right hand and Four(4) Spine Courd Falsed in my Neck

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No

b. Did you submit a request for administrative relief on Claim II? [x] Yes [ ] No

c. Did you appeal your request for relief on Claim II to the highest level? [x] Yes [ ] No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: _____

_____

2. **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

☐ Basic necessities            ☐ Mail              ☐ Access to the court       ☐ Medical care

☐ Disciplinary proceedings     ☐ Property          ☐ Exercise of religion       ☐ Retaliation

☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    ☐ Yes   ☐ No

b. Did you submit a request for administrative relief on Claim III?        ☐ Yes   ☐ No

c. Did you appeal your request for relief on Claim III to the highest level?   ☐ Yes   ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking: I'm Requesting better training for all officers, better try for inmate, apology; and I'm Requesting compensation Monetary for my injures and All damages in my body

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 - 24 - 2019
DATE                                              SIGNATURE OF PLAINTIFF

Neighbor
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

N/A

(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR-0602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

TLR 1816634

SAC-B-18-03569    7

**FOR STAFF USE ONLY**

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**       **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

Name (Last, First)  Rogelio May Ruiz     CDC Number: F-59761     Unit/Cell Number: B8-121     Assignment:

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
Uso inesesario de Fuerza

A.  Explain your issue (If you need more space, use Section A of the CDCR 602-A): En 8-22-18
Yo Regresaba de la liberia y fui atacado Soorecivamente por un inmate siendo escoltado por C/o C-Sadley quien sin previa aviso me derribo al suelo

B.  Action requested (If you need more space, use Section B of the CDCR 602-A): Solicito interponer una demanda contra C/o Sadler por eridas graves en mi persona quien me lanze de espaldas contra el concreto golpeando mi cabeza, rompiendo varios tendones de mi mano derecha teniendo una eria de aproximadamente 3 pulgadas...

Supporting Documents: Refer to CCR 3084.3.
☒ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
1 form CDCR 7219 medical   CDCR-7219
report of injury   12 copys Medicas

☐ No, I have not attached any supporting documents. Reason :_____

Inmate/Parolee Signature:_____ Date Submitted: 9-15-2018

☐ By placing my initials in this box, I waive my right to receive an interview.

RECEIVED CSP-SAC APPEALS 2018 SEP 14 AM II: 19

STAFF USE

REC BY OOA
DEC 27 2018

**C.  First Level - Staff Use Only**          Staff – Check One: Is CDCR 602-A Attached? ☒Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review.  Go to Section E.
☐ Rejected (See attached letter for instruction)  Date:_____ Date:_____ Date:_____ Date:_____
☐ Cancelled (See attached letter)  Date:_____
☐ Accepted at the First Level of Review.
   Assigned to:_____ Title:_____ Date Assigned:_____ Date Due:_____

First Level Responder:  Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.
   Date of Interview:_____ Interview Location:_____
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other:_____
   See attached letter.  If dissatisfied with First Level response, complete Section D.

Interviewer:_____ (Print Name) Title:_____ Signature:_____ Date completed:_____
Reviewer:_____ (Print Name) Title:_____ Signature:_____
Date received by AC:_____

BYPASS

Sent to HA  ⑦

AC Use Only
Date mailed/delivered to appellant ___/___/___

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL
CDCR-0602 (REV. 03/12)

Case 2:19-cv-00147-TLN-JDP   Document 14   Filed 01/29/20   Page 8 of 41

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____

BY-PASS

Inmate/Parolee Signature: _____     Date Submitted: _____

**E.  Second Level - Staff Use Only**                              Staff – Check One:  Is CDCR 602-A Attached?  ☒ Yes   ☐ No

This appeal has been:

☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)
☒ Accepted at the Second Level of Review

Assigned to: R. COUCH     Title: LT     Date Assigned: 9/7/18     Date Due: 12/10/18

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: 9/16/18     Interview Location: FB8 OFFICER STATION

Your appeal issue is: ☐ Granted   ☒ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: R. COUCH     Title: LT     Signature: _____     Date completed: 12/4/18
        (Print Name)

Reviewer: J. LYNCH     Title: W(A)     Signature: _____
        (Print Name)

Date received by AC: 12/6/18

| | |
|---|---|
| | **AC Use Only**<br>Date mailed/delivered to appellant 12/6/18 |

**F.  If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

Solicito Nueva Revision Para garantizar completamente mi apelacion Para exaustar los remedios Para tomar accion administrativa contra c/o C. Slader por eridas en mi cuello que esta falseado, una erida de mas de dos pulgadas y tendones rotos en mi mano derecha undedo y erida interna en mi mano hizquierda y mi columna vertebral dislocada

Inmate/Parolee Signature: _____     Date Submitted: 12-18-2018

**G.  Third Level - Staff Use Only**

This appeal has been:                    JAN 0 4 2019

☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
    See attached Third Level response.

| | |
|---|---|
| | **Third Level Use Only**<br>Date mailed/delivered to appellant ____/____/____ |

**H. Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____

Inmate/Parolee Signature: _____     Date: _____

Print Staff Name: _____     Title: _____     Signature: _____     Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | SAC-B-18-03569 | | 7 |
| | *FOR STAFF USE ONLY* | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Rogelio Ruiz | CDC Number: F-59761 | Unit/Cell Number: B8-121 | Assignment: |
|---|---|---|---|

**A. Continuation of CDCR 602, Section A only (Explain your issue):** En 8-22-2018

cuando regresaba de libreria al esperar que c/o C.
Sadler habriera la puerta para entrar de la libreria
a la yardy inmate rojas AP.9615 repuntinamente c/o
Andersen permitio que Rojas se aproximara muy
cerca de mi lo que le permitio que Rojas me lanzara
una patada enmediatamente andersen lanzo a
rojas al piso y yo me quede parado sin intentar
ningun movimiento cuando repuntinamente C.
Sadler me lanza al piso sin ningun aviso o orden
de tirarme al piso y yo cai de espaldas Poca arriba
golpeandome mortalmente la cabeza quedando sin sentido
por mas de 5 minutos y las esposas se enterraron
en mis dos manos dañando x inreinvilizando me
tendones y mi mano derecha se abrio entre
el dedo pulgar y el indice con una erida rompiendo
mis tendones con mucho Sangrado, cuando Fui atendida
por el medico despues se desamarraron 3 puntos x los
tendones quedaron defuera dejandome secuelas con daños Irreversibles.

Inmate/Parolee Signature: *[signature]*   Date Submitted: 9-15-18

**B. Continuation of CDCR 602, Section B only (Action requested):**

Solicito interponer una demanda contra c/o C Sadler
ineficacia o no saver ejecutar su trabajo al actuar estu
pidamente primero poria ordenarme tirarme al suelo, segundo
por tirarme Inadecuadamente de espaldas lo cual es
un riesgo que podia yo morir al golpearme la cabeza o
dañar mis hombros y riesgo de quebrarme las manos cortar mis
tendones internos y ahora no siento tacto sobre mi mano esta
Semimuerta x devido al golpe en mi cabeza Veo Franjas de
diferentes colores en mi cerebro y mirando puntos rojos x oscuros
en mi vista por lo cual Solicito tomar serias medidas contra C.
Sadler y solicito igual compensasion monetaria por eridas serias.

Inmate/Parolee Signature: *[signature]*   Date Submitted: 9-15-18

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Case 2:19-cv-08147-TLN-JDP   Document 14   Filed 01/29/20   Page 10 of 41

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

BYPASS

Inmate/Parolee Signature: _____ Date Submitted: _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** En 8-22-2018 cuanto
Regresaba de Law Library escoltado por % c. Slador, Fui ata
cado por inmate rojas, % Andersen no tomo distancia permitiendo que
el otro inmate re acercara junto a mi quin sin motivos ni sin desir nada
me lanze una patada de imediato andersen lanzo a rojas al suelo
Yo me quede inmovil en el mismo instante (slander intenpestiva mente
me lanzo al piso sin previo aviso y cai abruptamente de espaldas azaton
do mi cabeza contra el piso y quede paralizado sin poder moveme ni poder
respirar y quede con secuelas serias en mi cerebro y mi cuello quedo fal-
seado con constantes dolores que me despiertan por las noches, al caer
de espalda esta re me falseo por la mitad al caer mi mano quedo
bajo el peso de mi cuerpo abriendose por dos pulgadas y media entre los
dedos pulgar e indice, ambas esposas se enterraron en ambas manos
desgarrando mis tendones y mi dedo menrique de la mano hizquierda
quedo falseado causandome dolor constante hasta la fecha inhabili
tado por lo que solicito nueva revision para garantizar y exaustar
mi apelacion por completo
                                                        gracias

Inmate/Parolee Signature: _____ Date Submitted: 12-18-2018

MIME–Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov To:CourtMail@localhost.localdomain Message–Id: Subject:Activity in Case 2:19–cv–00147–TLN–EFB (PC) Ruiz v. Sadler et al Screening Order. Content–Type: text/html

*This is an automatic e–mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e–mail because the mail box is unattended.*
***NOTE TO PUBLIC ACCESS USERS*** *Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.*

### U.S. District Court

### Eastern District of California – Live System

### Notice of Electronic Filing

The following transaction was entered on 12/12/2019 at 9:48 AM PST and filed on 12/12/2019

| | |
|---|---|
| *Case Name:* | (PC) Ruiz v. Sadler et al |
| *Case Number:* | 2:19–cv–00147–TLN–EFB |
| *Filer:* | |
| *Document Number:* | 9 |

*Docket Text:*
 ORDER signed by Magistrate Judge Edmund F. Brennan on 12/12/2019 GRANTING [2] Motion to Proceed IFP and DISMISSING [1] Complaint with leave to amend within 30 days from the date of service of this order. Plaintiff to pay the statutory filing fee of $350. All payments to be collected in accordance with the notice to the CDCR filed concurrently herewith. (Henshaw, R)


**2:19–cv–00147–TLN–EFB Notice has been electronically mailed to:**


**2:19–cv–00147–TLN–EFB Electronically filed documents must be served conventionally by the filer to:**

Rogelio May Ruiz
F–59761
CALIFORNIA STATE PRISON, SACRAMENTO (290066)
P.O. BOX 290066
REPRESA, CA 95671–0066

The following document(s) are associated with this transaction:

Template Date 4/4/2012.
State of California

Attachment E-2
Department of Corrections and Rehabilitation

# Memorandum

Date   :   November 29, 2018

To     :   RUIZ, R. # F59761
           California State Prison-Sacramento (CSP-SAC)

Subject:   **STAFF COMPLAINT RESPONSE - APPEAL #SAC-B-18-03569 SECOND LEVEL
           RESPONSE**

**APPEAL ISSUE:** You allege on August 22, 2018, you were escorted to the B Facility
Sally Port by Officer C. Sadler.  While in the B Facility Sally Port, inmate Rojas
(AP9620) was escorted next to you.  Inmate Rojas attacked you by kicking you with
his foot.  You allege, without warning, Officer Sadler pulled you to the ground,
causing you to strike your head and rending you unconscious for up to five minutes.
You allege you suffered injuries to your jaw, back of your head, and a cut to your
right hand.  You claim you were never ordered to assume the prone position and the
force used by Officer Sadler was unnecessary.

**DETERMINATION OF ISSUE:** Your allegation of staff misconduct has been
reviewed by the Hiring Authority.  As a result of that review your appeal was referred
for an Appeal Inquiry.

**SUMMARY FOR APPEAL INQUIRY:** You were afforded an interview on Sunday,
September 16, 2018.  A review of the Test of Adult Basic Education (TABE) list
reveals you have a TABE score of 0.0.  Your Developmental Disability Program code
is No substantial adaptive support needs from cognitive deficit, indicating you do not
require adaptive support services.  Your Disability Placement Program code is none.
Lieutenant Couch noted you were not fluent in English, therefore Officer G. Marquez
provided translation for all questions and statements regarding this appeal.   During
the interview, you were able to answer questions related to this appeal and did not
appear to have any difficulty communicating or display any misunderstanding of the
appeal issues.

Effective communication was achieved by speaking slowly; using simple words and
terms, and you displayed an understanding of the issues related to this appeal by
discussing the merits of the appeal, using your own words to relate those issues that
were submitted on the California Department of Corrections and Rehabilitation
(CDCR) Form 602, Inmate/Parolee Appeals Form.  You were asked if you would like
to be interviewed regarding a staff complaint you submitted regarding Officer
C. Sadler, to which you agreed.  Lieutenant Couch conducted a video interview with
you regarding the allegations.  You reiterated what was written in the original Staff
Complaint 602.

Template Date 4/4/2012                                                                                    Attachment E-2

. Page 2

**An Appeal Inquiry has been conducted and reviewed by the hiring authority.** The following individuals were interviewed: Officers Sadler and J. Andersen. As a result of your staff misconduct allegation the following information was reviewed Incident Report FBP-18-08-0838, 7219 dated August 22, 2018, 3013/3014 dated September 19, 2018, and all supporting documents. Per IERC of November 29, 2018, Staff's actions were determined to be in compliance with policies, procedure and training.
Staff did not violate CDCR policy with respect to the issues raised.

**FINDINGS:**
Your appeal is PARTIALLY GRANTED in that:

-   An Appeal Inquiry into your allegation has been conducted.

**ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE**. As such, the details of any inquiry or investigation will not be shared with staff, members of the public, or offender appellants. Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process. Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate-appeals process. If you wish to appeal the decision, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Secretary's Level of Review. Once a decision has been rendered at the Third Level, your administrative remedies will be considered exhausted.

Name _Lt. R. COUCH_____        Signature _____        Nov 29, 2018
            Interviewer                                                                          Date

Name _____              Signature _____        _12/5/18_
        Hiring Authority                                                                    Date

SAC - California State Prison, Sacramento

Patient:       **RUIZ, ROGELIO MAY**
DOB/Age/Sex:     1970  / 48 years    / Male          CDCR: F59761

| *Progress Notes* |
|---|

Document Type:                    Progress Note-Nurse
Document Subject:                 TTA note 3rd watch
Service Date/Time:                8/22/2018 14:30 PDT
Result Status:                    Auth (Verified)
Perform Information:              Omelchuk,Anna RN (8/22/2018 14:33 PDT)
Sign Information:                 Omelchuk,Anna RN (8/22/2018 18:18 PDT)
Authentication Information:       Omelchuk,Anna RN (8/22/2018 18:18 PDT); Omelchuk,Anna
                                  RN (8/22/2018 18:18 PDT); Omelchuk,Anna RN (8/22/2018
                                  16:23 PDT); Omelchuk,Anna RN (8/22/2018 15:25 PDT)

XR results are back, MD Bodukam notified, will stop by to provide treatment. i/P resting quietly in the bed, no s/s of acute distress, bleeding to R hand controlled with preassure. I/P c/o, offered Tylenol, but refused medication. continue to monitor. All of the verbal communications were done in the presentce of the interpreter (c/o Martinez).
1520-I/P c/o abd pain, LLQ. BS+x4, abd soft, non-tender, no bruising, swelling discoloration present. Dr. bodukam informed and orders received and carried out. I/P to XR for c/o abd pain, ambulatory with steady gait. i/P receievd x6 sutures to R hand and IM Toradol, cooperative and compliant with the treatment.
1545-I/P back for XR, no s/s of distress, dressing still clean and intact. I/P reproting that abd discomfort still there, but he feels "much better".
1630-No XR report available. I/P reporting "feeling tired and want to go back to my cell to lay down." I/P appears in no distress. Informed to report to staff any changes or worsening to his condition once in the cell. Continue to check on the report.

```
Electronically Signed on 08/22/2018 06:18 PM PDT

Omelchuk, Anna RN, RN
```

Modified by: Omelchuk, Anna RN, RN on 08/22/2018 03:25 PM PDT

Modified by: Omelchuk, Anna RN, RN on 08/22/2018 04:23 PM PDT

Modified by: Omelchuk, Anna RN, RN on 08/22/2018 06:18 PM PDT

Document Type:                    Progress Note-Nurse
Document Subject:                 Pt summary
Service Date/Time:                8/22/2018 12:45 PDT
Result Status:                    Auth (Verified)
Perform Information:              Peters,Steven RN (8/22/2018 12:55 PDT)
Sign Information:                 Peters,Steven RN (8/22/2018 12:55 PDT)
Authentication Information:       Peters,Steven RN (8/22/2018 12:55 PDT)

Pt is a 50 year old male who was beign resistive and sustained a 3cm laceration to web space of thumb to Right hand. Pt has limited ROM noted to hand, bleeding controlled with direct pressure. Dr. Bodukam in to eval pt at this time. Received orders

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   12325096                    Print Date/Time:   10/27/2018 10:03 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:       **RUIZ, ROGELIO MAY**
DOB/Age/Sex:      1970  / 48 years     / Male          CDCR: F59761

| *Progress Notes* |
|---|

for X ray Right hand, face and mandible, TDAP, Keflex 250mg PO TID x 5 days and follow up in RN line daily for wound care
dressing change untill wound healed.

Electronically Signed on 08/22/2018 12:55 PM PDT

Peters, Steven RN, RN

---

Document Type:                              Progress Note-Nurse
Document Subject:                           DME
Service Date/Time:                          7/13/2018 09:35 PDT
Result Status:                              Auth (Verified)
Perform Information:                        Poppachan,Sminni RN (7/13/2018 09:36 PDT)
Sign Information:                           Poppachan,Sminni RN (7/13/2018 09:36 PDT)
Authentication Information:                 Poppachan,Sminni RN (7/13/2018 09:36 PDT)

Issued back brace  to the pi.

Electronically Signed on 07/13/2018 09:36 AM PDT

Poppachan, Sminni RN, RN

---

Document Type:                              Progress Note-Nurse
Document Subject:                           refusal
Service Date/Time:                          7/5/2018 08:41 PDT
Result Status:                              Auth (Verified)
Perform Information:                        Poppachan,Sminni RN (7/5/2018 08:42 PDT)
Sign Information:                           Poppachan,Sminni RN (7/5/2018 08:42 PDT)
Authentication Information:                 Poppachan,Sminni RN (7/5/2018 08:42 PDT)

pi refused rnl ine today and pi came to the rn line on 7/3/2018 and pi told he discussed all the issues during the visit.Refusal is
done.

Electronically Signed on 07/05/2018 08:42 AM PDT

Poppachan, Sminni RN, RN

---

Document Type:                              Progress Note-Nurse
Document Subject:                           602 APPEAL DELIVERY
Service Date/Time:                          5/17/2018 09:04 PDT
Result Status:                              Auth (Verified)
Perform Information:                        Bu,Yingmei RN (5/17/2018 09:04 PDT)
Sign Information:                           Bu,Yingmei RN (5/17/2018 09:04 PDT)
Authentication Information:                 Bu,Yingmei RN (5/17/2018 09:04 PDT)

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   12325096                       Print Date/Time:   10/27/2018 10:03 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:   **RUIZ, ROGELIO MAY**
DOB/Age/Sex:   1970  / 48 years   / Male          CDCR: F59761

| **Orders** |
| --- |

## Radiology

Order: **XR FACIAL BONES-3 VWS**
Order Date/Time: 8/22/2018 12:57 PDT
Order Start Date/Time: 8/22/2018 13:20 PDT
Order Status: Completed          Department Status: Exam Completed       Activity Type: Radiology
End-state Date/Time: 8/22/2018 13:20 PDT            End-state Reason:
Ordering Physician: Bodukam,Vijay P&S          Consulting Physician: Bodukam,Vijay P&S
Entered By: Peters,Steven RN on 8/22/2018 12:57 PDT
Order Details: 8/22/18 1:20:00 PM PDT, Routine, Once, Reason: pain, Consulting Dr: Bodukam, Vijay P&S, No, Transport Mode: Ambulatory, , No, , No, Pain, Override Share Y/N, 08/22/18 23:59:00 PDT
Order Comment:

Order: **XR ANKLE LEFT-3 VWS**
Order Date/Time: 8/17/2018 08:00 PDT
Order Start Date/Time: 8/21/2018 08:00 PDT
Order Status: Discontinued          Department Status: Discontinued       Activity Type: Radiology
End-state Date/Time: 8/21/2018 10:01 PDT            End-state Reason: Patient Refused
Ordering Physician: Bodukam,Vijay P&S          Consulting Physician:
Entered By: Bodukam,Vijay P&S on 8/17/2018 08:00 PDT
Order Details: 8/21/18 8:00:00 AM PDT, Routine, Once, Reason: left ankle pain, No, Ankle pain, Override Share Y/N, 08/31/18 23:59:00 PDT
Order Comment:

Order: **US SCROTAL**
Order Date/Time: 5/29/2018 09:08 PDT
Order Start Date/Time: 7/30/2018 11:30 PDT
Order Status: Completed          Department Status: Exam Completed       Activity Type: Radiology
End-state Date/Time: 7/30/2018 11:30 PDT            End-state Reason:
Ordering Physician: Bodukam,Vijay P&S          Consulting Physician:
Entered By: Chettaraj,Panupong Rad Tech on 5/29/2018 09:08 PDT
Order Details: 7/30/18 11:30:00 AM PDT, Routine, Reason: Testicular pain swelling, No, Testicular pain, left, Override Share Y/N, 08/25/18 23:59:00 PDT
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  12325067                              Print Date/Time:  10/27/2018 09:58 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:     **RUIZ, ROGELIO MAY**
DOB/Age/Sex:     1970  / 48 years     / Male          CDCR: F59761

---

| **Orders** |
|---|

**Radiology**

**Order: XR HAND LEFT-3 VWS**
Order Date/Time: 8/22/2018 13:37 PDT
Order Start Date/Time: 8/22/2018 14:20 PDT
Order Status: Completed          Department Status: Exam Completed     Activity Type: Radiology
End-state Date/Time: 8/22/2018 14:20 PDT          End-state Reason:
Ordering Physician: Bodukam,Vijay P&S          Consulting Physician:
Entered By: Chettaraj,Panupong Rad Tech on 8/22/2018 13:37 PDT
Order Details: 8/22/18 2:20:00 PM PDT, Emergent, Once, Reason: R/ O Fx, No, Pain, Override Share Y/N, 08/29/18 23:59:00 PDT
Order Comment:

**Order: XR HAND RIGHT-3 VWS**
Order Date/Time: 8/22/2018 12:59 PDT
Order Start Date/Time: 8/22/2018 14:00 PDT
Order Status: Completed          Department Status: Exam Completed     Activity Type: Radiology
End-state Date/Time: 8/22/2018 14:00 PDT          End-state Reason:
Ordering Physician: Bodukam,Vijay P&S          Consulting Physician: Bodukam,Vijay P&S
Entered By: Peters,Steven RN on 8/22/2018 12:59 PDT
Order Details: 8/22/18 2:00:00 PM PDT, Routine, Once, Reason: pain, Consulting Dr: Bodukam, Vijay P&S, No, Transport Mode: Ambulatory, , No, , No, Hand laceration, Override Share Y/N, 08/22/18 23:59:00 PDT
Order Comment:

**Order: XR MANDIBLE-3 VWS**
Order Date/Time: 8/22/2018 12:58 PDT
Order Start Date/Time: 8/22/2018 13:40 PDT
Order Status: Completed          Department Status: Exam Completed     Activity Type: Radiology
End-state Date/Time: 8/22/2018 13:40 PDT          End-state Reason:
Ordering Physician: Bodukam,Vijay P&S          Consulting Physician: Bodukam,Vijay P&S
Entered By: Peters,Steven RN on 8/22/2018 12:58 PDT
Order Details: 8/22/18 1:40:00 PM PDT, Routine, Once, Reason: pain, Consulting Dr: Bodukam, Vijay P&S, No, Transport Mode: Ambulatory, , No, , No, Pain, Override Share Y/N, 08/22/18 23:59:00 PDT
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   12325067                              Print Date/Time:   10/27/2018 09:58 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:      **RUIZ, ROGELIO MAY**
DOB/Age/Sex:    '1970  / 48 years    / Male          CDCR: F59761

| | ***Orders*** |
|---|---|

## Radiology

**Order: XR HAND LEFT-3 VWS**
Order Date/Time: 9/27/2018 11:14 PDT
Order Start Date/Time: 10/3/2018 08:20 PDT
Order Status: Completed          Department Status: Exam Completed      Activity Type: Radiology
End-state Date/Time: 10/3/2018 08:20 PDT          End-state Reason:
Ordering Physician: Hlaing,Min P&S          Consulting Physician:
Entered By: Hlaing,Min P&S on 9/27/2018 11:14 PDT
Order Details: 10/3/18 8:20:00 AM PDT, Routine, Once, Reason: hand pain, No, Hand pain, Override Share Y/N, 10/28/18 23:59:00 PDT
Order Comment:

**Order: XR HAND RIGHT-3 VWS**
Order Date/Time: 9/26/2018 12:00 PDT
Order Start Date/Time: 10/1/2018 09:40 PDT
Order Status: Canceled          Department Status: Canceled      Activity Type: Radiology
End-state Date/Time: 9/27/2018 11:14 PDT          End-state Reason: Labeling Error
Ordering Physician: Hlaing,Min P&S          Consulting Physician:
Entered By: Hlaing,Min P&S on 9/26/2018 12:00 PDT
Order Details: 10/1/18 9:40:00 AM PDT, Routine, Once, Reason: hand pain, No, Hand pain, Override Share Y/N, 10/27/18 23:59:00 PDT
Order Comment:

**Order: XR ABDOMEN-FLAT AND UPRIGHT-2 VWS**
Order Date/Time: 8/22/2018 15:13 PDT
Order Start Date/Time: 8/22/2018 15:30 PDT
Order Status: Completed          Department Status: Exam Completed      Activity Type: Radiology
End-state Date/Time: 8/22/2018 15:30 PDT          End-state Reason:
Ordering Physician: Bodukam,Vijay P&S          Consulting Physician:
Entered By: Omelchuk,Anna RN on 8/22/2018 15:13 PDT
Order Details: 8/22/18 3:30:00 PM PDT, Emergent, Once, Reason: abd pain, please do it today, No, Pain, Override Share Y/N, 08/23/18 23:59:00 PDT
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  12325067                          Print Date/Time:   10/27/2018 09:58 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:     **RUIZ, ROGELIO MAY**
DOB/Age/Sex:     1970   / 48 years     / Male          CDCR: F59761

| *Orders* |
|---|

## Pharmacy

**Order: neomycin/polymyxin B/dexamethasone ophthalmic (Maxitrol ophthalmic ointment)**
Order Date/Time: 2/8/2018 16:59 PST
Order Start Date/Time: 2/8/2018 18:00 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: Pharmacy
End-state Date/Time: 2/28/2018 10:15 PST          End-state Reason: Physician Request
Ordering Physician: Soltanian-Zadeh,Jalal P&S          Consulting Physician:
Entered By: Taeza,Paul RN on 2/8/2018 16:59 PST
Order Details: 1 app, Eye-Both, Ointment, qPM, Administration Type NA, Order Duration: 30 day, First Dose: 2/8/18 6:00:00 PM PST, Stop Date: 2/28/18 10:15:00 AM PST
Order Comment: Apply to affected area in both eyes (1/2 inch ribbon to lower eyelids ) every evening; Request Refills Dr. Tawansy ordered during F/U appointment on 12/27/17.

## Radiology

**Order: XR LUMBAR SPINE-2 VWS**
Order Date/Time: 10/11/2018 13:27 PDT
Order Start Date/Time: 10/16/2018 07:20 PDT
Order Status: Completed          Department Status: Exam Completed          Activity Type: Radiology
End-state Date/Time: 10/16/2018 07:20 PDT          End-state Reason:
Ordering Physician: Hlaing,Min P&S          Consulting Physician:
Entered By: Poppachan,Sminni RN on 10/11/2018 13:27 PDT
Order Details: 10/16/18 7:20:00 AM PDT, High Priority (Within 14 days), Once, Reason: back pain, No, Transport Mode: Ambulatory, , No, , No, Back pain, Override Share Y/N, 10/25/18 23:59:00 PDT
Order Comment:

**Order: XR THORACIC SPINE-2 VWS**
Order Date/Time: 10/11/2018 13:27 PDT
Order Start Date/Time: 10/16/2018 07:20 PDT
Order Status: Completed          Department Status: Exam Completed          Activity Type: Radiology
End-state Date/Time: 10/16/2018 07:20 PDT          End-state Reason:
Ordering Physician: Hlaing,Min P&S          Consulting Physician:
Entered By: Poppachan,Sminni RN on 10/11/2018 13:27 PDT
Order Details: 10/16/18 7:20:00 AM PDT, High Priority (Within 14 days), Once, Reason: back pain, No, Transport Mode: Ambulatory, , No, , No, Back pain, Override Share Y/N, 10/25/18 23:59:00 PDT
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   12325067          Print Date/Time:   10/27/2018 09:58 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient: **RUIZ, ROGELIO MAY**
DOB/Age/Sex:  /1970  / 48 years  / Male          CDCR: F59761

| Diagnostic Radiology |
|---|

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| | 10/3/2018 00:00 PDT | XR HAND LEFT-3 VWS | Hlaing,Min P&S | Auth (Verified) |

**Report**

```
PATIENT NAME:  ROGELIO RUIZ
MRN:  11584922
DOB:        1970
ACCOUNT:  10000001911584922F59761
ORDERING PHYSICIAN:  M Hlaing
Service Date:  10/03/2018

CLINICAL INDICATION: hand pain COMPARISON: 8/22/2018 TECHNIQUE: 3 left hand radiographs.
FINDINGS: There is no acute fracture or dislocation. There are mild degenerative changes.
IMPRESSION: No acute osseous abnormality.
```

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| | 8/22/2018 00:00 PDT | XR ABDOMEN-FLAT AND UPRIGHT-2 VWS | Bodukam,Vijay P&S | Auth (Verified) |

**Report**

```
PATIENT NAME:  ROGELIO RUIZ
MRN:  11584922
DOB:  03/18/1970
ACCOUNT:  10000001911584922F59761
ORDERING PHYSICIAN:  V. Bodukam
Service Date:  08/22/2018

EXAMINATION: ABDOMEN SUPINE AND UPRIGHT AND PA CHEST (ACUTE ABDOMEN SERIES) CLINICAL
HISTORY: Abdominal pain. COMPARISON: None. FINDINGS: The lungs are free of acute infiltrates
 and appear normally vascularized. The cardiomediastinal silhouette is within normal limits.
 The costophrenic angles are clear. The bowel gas pattern is within normal limits. No
pneumoperitoneum is present. An intramedullary rod is present within the left femur. Mild
degenerative changes are present within the spine and shoulders. IMPRESSION: 1. NO ACUTE
CARDIOPULMONARY DISEASE IDENTIFIED. 2. NO ACUTE INTRA-ABDOMINAL PROCESS IDENTIFIED.
```

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| | 8/22/2018 00:00 PDT | XR HAND LEFT-3 VWS | Bodukam,Vijay P&S | Auth (Verified) |

**Report**

```
PATIENT NAME:  ROGELIO RUIZ
MRN:  11584922
```

Report Request ID:    12325234                    Print Date/Time:   10/27/2018 10:12 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:     **RUIZ, ROGELIO MAY**
DOB/Age/Sex:     1970  / 48 years     / Male          CDCR: F59761

| *Progress Notes* |
| --- |

**Addendum by Poppachan, Sminni RN on August 24, 2018 12:12 PDT**
Informed the pcp regarding the removal of 3 sutures .Dr  told me no resuturing.

Electronically Signed on 08/24/2018 12:12 PM PDT

Poppachan, Sminni RN, RN

Modified by: Poppachan, Sminni RN, RN on 08/24/2018 12:12 PM PDT

Co consult with PCP Dr Chen and he told pi is not qualify for waist chain .Pi has only laceration on the right hand  and informed about the removal of suture by pi.Dr cannot resuture again .

Electronically Signed on 08/24/2018 12:09 PM PDT

Poppachan, Sminni RN, RN

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:
Authentication Information:

Progress Note-Nurse
TTA RN NOTE
8/24/2018 00:35 PDT
Auth (Verified)
Cho,Grace RN (8/24/2018 00:56 PDT)
Cho,Grace RN (8/24/2018 00:56 PDT)
Cho,Grace RN (8/24/2018 00:56 PDT)

I/P brought to TTA for wound check since sutures became loose. I/P had 6 stitches on 8/22/18 to web space of right thumb. Upon arrival, The wound was open to air. 3 stitches were loose but the other 3 was intact. No s/sx of infection noted. No bleeding or discharge noted. Cleansed with NS & Betadine. Abx ointment and non adherent dressing applied. Instructed I/P to keep dressing covered not to manipulate the wound. I/P verbalized understanding. Pending RN line in AM for wound care.

Electronically Signed on 08/24/2018 12:56 AM PDT

Cho, Grace RN, RN

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   12325096                    Print Date/Time:   10/27/2018 10:03 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.



**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

**SAC - California State Prison, Sacramento**
Prison Road
P.O. Box 290002
Represa, CA 95671-

| Patient: | **RUIZ, ROGELIO MAY** | | | |
|---|---|---|---|---|
| DOB/Age/Sex: | 1970  48 years | Male | CDCR #: | F59761 |
| Encounter Date: | 2/8/2018 | | PID #: | 11584922 |
| Attending: | Hlaing,Min P&S | | Referring: | |

---

### *Pain*

---

## Pain Tools

| | | | |
|---|---|---|---|
| Recorded Date | 10/11/2018 | 8/24/2018 | 8/22/2018 |
| Recorded Time | 08:52 PDT | 00:10 PDT | 16:15 PDT |
| Recorded By | Poppachan,Sminni RN | Cho,Grace RN | Omelchuk,Anna RN |
| Procedure | | | |
| Pain Present | Yes actual or suspected pain | No actual or suspected pain | Yes actual or suspected pain |
| Preferred Pain Tool | Numeric rating scale | | Numeric rating scale |
| Numeric Pain Scale | 7 | - | 7 |
| Numeric Pain Score | - | - | 7 |

| | | | |
|---|---|---|---|
| Recorded Date | 8/22/2018 | 8/22/2018 | 8/17/2018 |
| Recorded Time | 13:57 PDT | 12:32 PDT | 07:39 PDT |
| Recorded By | Peters,Steven RN | Peters,Steven RN | Cox,Gail LVN |
| Procedure | | | |
| Pain Present | Yes actual or suspected pain | Yes actual or suspected pain | No actual or suspected pain |
| Preferred Pain Tool | Numeric rating scale | Numeric rating scale | - |
| Numeric Pain Scale | 10 = Worst possible pain | 10 = Worst possible pain | - |
| Numeric Pain Score | 10 | 10 | - |

| | | | |
|---|---|---|---|
| Recorded Date | 8/6/2018 | 7/3/2018 | 5/19/2018 |
| Recorded Time | 08:14 PDT | 11:15 PDT | 09:00 PDT |
| Recorded By | Poppachan,Sminni RN | Poppachan,Sminni RN | Peters,Steven RN |
| Procedure | | | |
| Pain Present | Yes actual or suspected pain | Yes actual or suspected pain | Yes actual or suspected pain |
| Preferred Pain Tool | Numeric rating scale | Numeric rating scale | Numeric rating scale |
| Numeric Pain Scale | 5 = Moderate pain | 7 | 8 |

| | | | |
|---|---|---|---|
| Recorded Date | 5/3/2018 | 4/6/2018 | 3/16/2018 |
| Recorded Time | 09:30 PDT | 09:31 PDT | 08:35 PDT |
| Recorded By | Poppachan,Sminni RN | Poppachan,Sminni RN | Poppachan,Sminni RN |
| Procedure | | | |
| Pain Present | Yes actual or suspected pain | Yes actual or suspected pain | Yes actual or suspected pain |
| Preferred Pain Tool | Numeric rating scale | Numeric rating scale | Numeric rating scale |
| Numeric Pain Scale | 6 | 5 = Moderate pain | 7 |

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  12325135                        Print Date/Time:  10/27/2018 10:07 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:       **RUIZ, ROGELIO MAY**
DOB/Age/Sex:   1970  / 48 years   / Male          CDCR: F59761

---

| | |
|---|---|
| **Progress Notes** | |

Follow Up RN 10
Hemoglobin A1c
Lipid Panel
Medical Chronic Care (CCP) Follow Up 40
Thyroid Stimulating Hormone

<u>Home</u>
No active home medications

<u>Allergies</u>
No Known Medication Allergies

---

Document Type:                        Progress Note-Psych Tech
Document Subject:                     Eye medications
Service Date/Time:                    2/11/2018 20:20 PST
Result Status:                        Auth (Verified)
Perform Information:                  Ware,Betty Psych Tech (2/11/2018 20:21 PST)
Sign Information:                     Ware,Betty Psych Tech (2/11/2018 20:21 PST)
Authentication Information:           Ware,Betty Psych Tech (2/11/2018 20:21 PST)

The I/P has his eye medications in his cell.

`Electronically Signed on 02/11/2018 08:21 PM PST`

`Ware, Betty Psych Tech, Psych Tech`

---

Document Type:                        TTA Progress Note
Document Subject:                     Procedure Note 8/22/2018
Service Date/Time:                    8/22/2018 14:31 PDT
Result Status:                        Auth (Verified)
Perform Information:                  Bodukam,Vijay P&S (8/22/2018 14:32 PDT)
Sign Information:                     Bodukam,Vijay P&S (8/24/2018 18:40 PDT)
Authentication Information:           Bodukam,Vijay P&S (8/24/2018 18:40 PDT); Bodukam,Vijay
                                      P&S (8/24/2018 18:40 PDT)

**Procedure Name**
Suturing of laceration

**Consent**
Informed and written consent with Spanish Interpretation by Correctional officer

**Indication**
Laceration of right hand webspace between thumb and index finger

**Location**
Right hand webspace between thumb and index finger

**Pre-Procedure Exam**
  <u>Procedural Sedation</u>
Local anesthesia with lidocaine infiltration

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   12325096                          Print Date/Time:   10/27/2018 10:03 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:       **RUIZ, ROGELIO MAY**
DOB/Age/Sex:       1970   / 48 years     / Male          CDCR: F59761

| ***Progress Notes*** |
|---|

Technique
suturing technique to achieve hemostasis

**Post-Procedure Exam**

Complications
None

Total Time
20-25 minutes

**Assessment/Plan**
Hand laceration, Laceration of skin of hand
   Sutures placed, hemostasis achieved, Prophylactic antibiotic prescribed, analgesics offered. Plan of care was discussed with inmate and
   inmate agreed with plan of care. Spanish interpretation service used with the help of correctional officer.
   Right hand X rays reviewed and there were no fracture of bone.
   FOllow up RN for wound care arranged and suture removal in 10 days.
Ordered:
cephalexin, 500 mg, Oral, Cap, QID, Administration Type NA, Order Duration: 5 day, First Dose: 08/22/18 13:52:00 PDT, Stop Date:
08/27/18 11:59:00 PDT

Orders:
Follow Up RN 10

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.



CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

**SAC - California State Prison, Sacramento**
Prison Road
P.O. Box 290002
Represa, CA 95671-

**Patient:**   **RUIZ, ROGELIO MAY**
DOB/Age/Sex:   1970   48 years   Male
Encounter Date: 2/8/2018
Attending:   Hlaing,Min P&S

**CDCR #:**   F59761
**PID #:**   11584922
**Referring:**

| *Progress Notes* |
|---|

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:
Authentication Information:

Progress Note-Nurse

9/4/2018 13:22 PDT
Auth (Verified)
Kaur,Navjeet RN (9/4/2018 13:23 PDT)
Kaur,Navjeet RN (9/4/2018 13:23 PDT)
Kaur,Navjeet RN (9/4/2018 13:23 PDT)

IP was scheduled on rn line for stitches removal to hand, no stiches seen, ip stated' it was taken out over the weekend'
Electronically Signed on 09/04/2018 01:23 PM PDT

Kaur, Navjeet RN, RN

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:
Authentication Information:

Progress Note-Nurse
wound care
8/29/2018 11:27 PDT
Auth (Verified)
Poppachan,Sminni RN (8/29/2018 11:29 PDT)
Poppachan,Sminni RN (8/29/2018 11:29 PDT)
Poppachan,Sminni RN (8/29/2018 11:29 PDT)

Co consult with Dr Bodukum and dr mentioned not to do dressing chage today and steri strips will keep the laceration site properly .So discontinued dressing change today and pi is scheduled dressing change tomorrow.

Electronically Signed on 08/29/2018 11:29 AM PDT

Poppachan, Sminni RN, RN

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:

Sign Information:

Authentication Information:

Progress Note-Nurse
waist chain
8/24/2018 12:07 PDT
Modified
Poppachan,Sminni RN (8/24/2018 12:12 PDT); Poppachan, Sminni RN (8/24/2018 12:09 PDT)
Poppachan,Sminni RN (8/24/2018 12:12 PDT); Poppachan, Sminni RN (8/24/2018 12:09 PDT)
Poppachan,Sminni RN (8/24/2018 12:12 PDT); Poppachan, Sminni RN (8/24/2018 12:09 PDT)

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  12325096

Print Date/Time:  10/27/2018 10:03 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.**

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                                   EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



January 4, 2019

RUIZ, ROGELIO, F59761
California State Prison, Sacramento
P.O. Box 29
Represa, CA  95671

MAILED
JAN - 9 2019

RE: TLR# 1816634    SAC-18-03569    STAFF COMPLAINTS

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(7). Your appeal is missing necessary supporting documents as established in CCR 3084.3.  All documents must be legible (If necessary, you may obtain copy(ies) of requested documents by sending a request with a signed trust withdrawal form to your assigned counselor).  Your appeal is missing:

- CDCR Form 1858, Rights and Responsibilities Statement

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

SAC - California State Prison, Sacramento

Patient: **RUIZ, ROGELIO MAY**
DOB/Age/Sex:      1970   / 48 years      / Male               CDCR: F59761

---

### *Progress Notes*

---

**Grievant:**
RUIZ, ROGELIO (F59761)
California State Prison – Sacramento
B  008 1021001L

**Tracking #:**
SAC HC 18001234

**Grievance Due Date:** 7/10/2018



**Issue 1:**
Diagnostic ( X-Rays )
Patient would like another X-Ray to be completed outside of the prison.
Alt to Bodukam, Interview Required, Also requires Spanish translator.
Intervention/ No Intervention

**Issue 2:**
Diagnostic ( MRI )
Patient would like an MRI completed of his two hands, two knees and two shoulders.

Provide specific information reviewed and the justification for decision rendered for each issue listed above:

**Issue 1:** Intervention.  Based on patient's symptoms and signs and today's clinical evaluation I would recommend x-rays of bilateral hands and wrists.  Also I would request labs to rule out inflammatory arthritis.  Discussed findings and plan with the patient and follow-up with PCP with labs and x-rays results to discuss further management plan.

**Issue 2:** No Intervention.  Currently patient has no indications for MRI testing. PCP to determine the future need based on tests results and clinical course and serial patient evaluations.

**Interpreter:** CO Mr Hernandez

**Interview Date: 6/18/2018**

**Interviewer Name/Title: Dr Robinder Dhillon**

**Reviewer Name/Title:**

**Documents Reviewed:** Patients form 602, cerner medical records including recent pcp out patient notes, lab results and radiology investigations.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  12325096                          Print Date/Time:  10/27/2018 10:03 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient: **RUIZ, ROGELIO MAY**
DOB/Age/Sex:    1970  / 48 years    / Male         CDCR: F59761

---

## *Diagnostic Radiology*

---

ACCESSION        EXAM DATE/TIME        PROCEDURE           ORDERING PROVIDER STATUS
                 8/22/2018 00:00 PDT   XR FACIAL BONES-3    Bodukam,Vijay P&S      Auth (Verified)
                                       VWS

**Report**

CLINICAL INDICATION: pain COMPARISON: None TECHNIQUE: 4 views of the facial glands and 4
views of the mandible FINDINGS: No displaced fracture. Mandible grossly intact. Nasal septum
is midline. No suspicious radiopaque foreign body. IMPRESSION: NO IDENTIFIABLE FRACTURE. IF
CLINICAL SUSPICION FOR FACIAL BONE OR MANDIBLE FRACTURE PERSISTS, FACIAL BONE CT IS
RECOMMENDED.

---

ACCESSION        EXAM DATE/TIME        PROCEDURE           ORDERING PROVIDER STATUS
                 8/22/2018 00:00 PDT   XR MANDIBLE-3 VWS   Bodukam,Vijay P&S      Auth (Verified)

**Report**

PATIENT NAME: , ROGELIO RUIZ
MRN:  11584922
DOB:  03/18/1970
ACCOUNT:  10000001911584922F59761
ORDERING PHYSICIAN:  V. Bodukam
Service Date:  08/22/2018

CLINICAL INDICATION: pain COMPARISON: None TECHNIQUE: 4 views of the facial glands and 4
views of the mandible FINDINGS: No displaced fracture. Mandible grossly intact. Nasal septum
is midline. No suspicious radiopaque foreign body. IMPRESSION: NO IDENTIFIABLE FRACTURE. IF
CLINICAL SUSPICION FOR FACIAL BONE OR MANDIBLE FRACTURE PERSISTS, FACIAL BONE CT IS
RECOMMENDED.

---

ACCESSION        EXAM DATE/TIME        PROCEDURE           ORDERING PROVIDER STATUS
                 3/21/2018 00:00 PDT   XR SHOULDER         Bodukam,Vijay P&S      Auth (Verified)
                                       RIGHT-3 VWS

**Report**

PATIENT NAME:  ROGELIO RUIZ
MRN:  11584922
DOB:  03/18/1970
ACCOUNT:  10000001911584922F59761
ORDERING PHYSICIAN:  V. Bodukam
Service Date:  03/21/2018

CLINICAL INDICATION: Shoulder pain COMPARISON: None FINDINGS: No evidence of fracture or

---

Report Request ID:    12325234                     Print Date/Time:  10/27/2018 10:12 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.



CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

**SAC - California State Prison, Sacramento**
Prison Road
P.O. Box 290002
Represa, CA 95671-

| | |
|---|---|
| **Patient:** | **RUIZ, ROGELIO MAY** |
| DOB/Age/Sex: | '1970   48 years    Male |
| Encounter Date: | 2/8/2018 |
| Attending: | Hlaing,Min P&S |

| | |
|---|---|
| CDCR #: | F59761 |
| PID #: | 11584922 |
| Referring: | |

---

## *Medications*

### Inpatient

**Order: hydrOXYzine (hydrOXYzine pamoate)**
Order Start Date/Time: 10/16/2018 19:00 PDT
Order Date/Time: 10/16/2018 11:14 PDT

| | |
|---|---|
| Order Status: Ordered | Medication Type: Inpatient |
| End-state Date/Time: 4/14/2019 18:59 PDT | End-state Reason: |
| Ordering Physician: Delgadillo,Rene Psychiatrist | Consulting Physician: |

Entered By: Delgadillo,Rene Psychiatrist
Order Details: 100 mg, Oral, Cap, qPM, PRN insomnia, Administration Type DOT, Order Duration: 180 day, First Dose: 10/16/18 7:00:00 PM PDT, Stop Date: 4/14/19 6:59:00 PM PDT
Order Comment: 2 capsules (=100mg)

**Order: ibuprofen (Motrin)**
Order Start Date/Time: 10/11/2018 13:41 PDT
Order Date/Time: 10/11/2018 13:41 PDT

| | |
|---|---|
| Order Status: Completed | Medication Type: Inpatient |
| End-state Date/Time: 10/25/2018 13:40 PDT | End-state Reason: |
| Ordering Physician: Hlaing,Min P&S | Consulting Physician: |

Entered By: Poppachan,Sminni RN
Order Details: 400 mg, Oral, Tab, BIDAM+BED, PRN pain, Administration Type NA, Order Duration: 14 day, First Dose: 10/11/18 1:41:00 PM PDT, Stop Date: 10/25/18 1:40:00 PM PDT
Order Comment:

**Order: ketoconazole topical (ketoconazole 2% topical shampoo)**
Order Start Date/Time: 10/11/2018 13:25 PDT
Order Date/Time: 10/11/2018 13:25 PDT

| | |
|---|---|
| Order Status: Ordered | Medication Type: Inpatient |
| End-state Date/Time: 12/6/2018 13:24 PST | End-state Reason: |
| Ordering Physician: Hlaing,Min P&S | Consulting Physician: |

Entered By: Poppachan,Sminni RN
Order Details: 1 app, Topical, Shampoo, 2x/wk-KOP, Administration Type KOP, Order Duration: 8 week, First Dose: 10/11/18 1:25:00 PM PDT, Stop Date: 12/6/18 1:24:00 PM PST
Order Comment: Lather and leave in place for 5 minutes, then rinse off with water.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  12325257

Print Date/Time:   10/27/2018 10:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:        **RUIZ, ROGELIO MAY**
DOB/Age/Sex:      1970  / 48 years   / Male        CDCR: F59761

---

## *Diagnostic Radiology*

| ACCESSION | EXAM DATE/TIME<br>8/22/2018 00:00 PDT | PROCEDURE<br>XR HAND LEFT-3 VWS | ORDERING PROVIDER<br>Bodukam,Vijay P&S | STATUS<br>Auth (Verified) |
|---|---|---|---|---|

**Report**
DOB:  03/18/1970
ACCOUNT:  1000000191584922F59761
ORDERING PHYSICIAN:  V. Bodukam
Service Date:  08/22/2018

CLINICAL INDICATION: R/ O Fx COMPARISON: 4/3/2016 TECHNIQUE: 6 views bilateral hands
FINDINGS: No acute fracture, dislocation, or acute joint abnormality. Accidental note of
foreshortened proximal right fourth phalanx. No radiopaque foreign body. IMPRESSION: No
acute abnormality.

---

| ACCESSION | EXAM DATE/TIME<br>8/22/2018 00:00 PDT | PROCEDURE<br>XR HAND RIGHT-3<br>VWS | ORDERING PROVIDER<br>Bodukam,Vijay P&S | STATUS<br>Auth (Verified) |
|---|---|---|---|---|

**Report**

PATIENT NAME:  ROGELIO RUIZ
MRN:  11584922
DOB:  03/18/1970
ACCOUNT:  1000000191584922F59761
ORDERING PHYSICIAN:  V. Bodukam
Service Date:  08/22/2018

CLINICAL INDICATION: R/ O Fx COMPARISON: 4/3/2016 TECHNIQUE: 6 views bilateral hands
FINDINGS: No acute fracture, dislocation, or acute joint abnormality. Accidental note of
foreshortened proximal right fourth phalanx. No radiopaque foreign body. IMPRESSION: No
acute abnormality.

---

| ACCESSION | EXAM DATE/TIME<br>8/22/2018 00:00 PDT | PROCEDURE<br>XR FACIAL BONES-3<br>VWS | ORDERING PROVIDER<br>Bodukam,Vijay P&S | STATUS<br>Auth (Verified) |
|---|---|---|---|---|

**Report**

PATIENT NAME:  ROGELIO RUIZ
MRN:  11584922
DOB:  03/18/1970
ACCOUNT:  1000000191584922F59761
ORDERING PHYSICIAN:  V. Bodukam
Service Date:  08/22/2018

---

Report Request ID:     12325234                    Print Date/Time:  10/27/2018 10:12 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:        **RUIZ, ROGELIO MAY**
DOB/Age/Sex:        1970  / 48 years        / Male                CDCR: F59761

| ***Orders*** |
|---|

## Radiology

Order: **Request Referral for US SCROTAL**
Order Date/Time: 5/23/2018 10:06 PDT
Order Start Date/Time: 5/23/2018 10:06 PDT
Order Status: Completed                Department Status: Completed                Activity Type: Radiology Request
End-state Date/Time: 5/25/2018 14:43 PDT                End-state Reason:
Ordering Physician: Bodukam,Vijay P&S                Consulting Physician:
Entered By: Bodukam,Vijay P&S on 5/23/2018 10:06 PDT
Order Details: 5/23/18 10:06:00 AM PDT, Routine, Once, Reason: left testicular pain,, No, Testicular pain, left, Override Share
Y/N, 06/30/18 23:59:00 PDT
Order Comment:

Order: **US SCROTAL**
Order Date/Time: 5/19/2018 09:26 PDT
Order Start Date/Time: 5/19/2018 00:01 PDT
Order Status: Discontinued                Department Status: Discontinued                Activity Type: Radiology
End-state Date/Time: 5/21/2018 15:40 PDT                End-state Reason: Other
Ordering Physician: Bodukam,Vijay P&S                Consulting Physician: Myers,Keith PA
Entered By: Peters,Steven RN on 5/19/2018 09:26 PDT
Order Details: 5/19/18 12:01:00 AM PDT, Routine, Reason: Scrotal varices|456.4, Reason: PA request, Consulting Dr: Myers,
Keith PA, No, Transport Mode: Ambulatory, , No, , No, Pain, Override Share Y/N, 06/19/18 23:59:00 PDT
Order Comment:

Order: **XR SHOULDER RIGHT-3 VWS**
Order Date/Time: 3/20/2018 12:57 PDT
Order Start Date/Time: 3/21/2018 12:00 PDT
Order Status: Completed                Department Status: Arrived                Activity Type: Radiology
End-state Date/Time: 3/21/2018 12:42 PDT                End-state Reason:
Ordering Physician: Bodukam,Vijay P&S                Consulting Physician:
Entered By: Chettaraj,Panupong Rad Tech on 3/20/2018 12:57 PDT
Order Details: 3/21/18 12:00:00 PM PDT, Routine, Once, Reason: Shoulder pain, No, Shoulder pain, Override Share Y/N,
04/03/18 23:59:00 PDT
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  12325067                                Print Date/Time:  10/27/2018 09:58 PDT

**<u>WARNING:</u>** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Patient: **RUIZ, ROGELIO MAY**
DOB/Age/Sex: '1970 / 48 years / Male          CDCR: F59761

| *Progress Notes* |
| --- |

Delivered 602 appeal to IP, EC done.

`Electronically Signed on 05/17/2018 09:04 AM PDT`

Bu, Yingmei RN, RN

Document Type:                Outpatient Progress Note
Document Subject:            Office Visit Note 8/17/2018
Service Date/Time:           8/17/2018 07:49 PDT
Result Status:                  Auth (Verified)
Perform Information:         Bodukam,Vijay P&S (8/17/2018 07:52 PDT)
Sign Information:               Bodukam,Vijay P&S (8/17/2018 10:47 PDT)
Authentication Information:    Bodukam,Vijay P&S (8/17/2018 10:47 PDT); Bodukam,Vijay P&S (8/17/2018 10:47 PDT); Bodukam,Vijay P&S (8/17/2018 10:46 PDT); Bodukam,Vijay P&S (8/17/2018 10:44 PDT); Bodukam,Vijay P&S (8/17/2018 10:40 PDT); Bodukam,Vijay P&S (8/17/2018 10:37 PDT); Bodukam,Vijay P&S (8/17/2018 10:37 PDT); Bodukam,Vijay P&S (8/17/2018 10:34 PDT); Bodukam,Vijay P&S (8/17/2018 09:58 PDT); Bodukam,Vijay P&S (8/17/2018 07:56 PDT)

**Chief Complaint**
Testicular ultrasound results, HArd skin on thumbs and great toe, chronic pain, keratoconjunctivitis

**History of Present Illness**
Inmate is here for discussing testicular ultrasound results, I discussed testicular ultrasound results with the inmate . He has left-sided varicocele which is small. He denies any complaints today. His clinical interview was conducted by Spanish to English Interpretation by officer CO D Martinez. He denies any worsening of his pain from his baseline; inmate has chronic low back pain for which he uses back brace, he denies any urinary or bowel incontinence, he denies any weakness in the lower extremities. He denies any fever or chills. Inmate has dry skin on his thumb and toes with occasional itching and crustiness.
Inmate has been Refusing labs in the past, I counseled him regarding importance of the lab and inmate agreed for blood draw.
Inmate also complained of left superior part of ankle pain for more than 2 years now, nonradiating occasionally happens, 3 out of 10, pain not interfering with prison ADLs or pain not causing any ambulatory dysfunction.

**Review of Systems**
General: No fever, chills, rigors, dizziness, night sweats
HEENT: No significant headaches or neck pain, dizziness, no changes in vision or hearing. No hoarseness of voice or swallowing difficulties.
Cardiovascular: No chest pain, no chest tightness, no SOB or palpitations
Pulmonary: No cough, hemoptysis, or dyspnea

**Problem List/Past Medical History**
Ongoing
   Blurred vision, right eye
   Chemical keratoconjunctivitis
   Chronic pain syndrome
   Healthcare maintenance
   Major depressive disorder, recurrent
   Pain and swelling of shoulder
   Testicular pain, left
Historical
   No qualifying data

**Medications**
Inpatient
   Artificial Tears preserved ophthalmic
     solution, 1 drop, Eye-Both, q2hr-KOP,
     PRN
   busPIRone, 20 mg, 2 tab, Oral,
     BIDAM+PM
   capsaicin 0.025% topical cream, 1 app,
     Topical, Daily-KOP, PRN
   Haldol, 0.5 mg, 1 tab, Oral, q8hr, PRN
   hydrOXYzine pamoate, 150 mg, 3 cap,
     Oral, qPM, PRN

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID: 12325096

Print Date/Time: 10/27/2018 10:03 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:    **RUIZ, ROGELIO MAY**
DOB/Age/Sex:   1970  / 48 years   / Male        CDCR: F59761

| *Progress Notes* |
|---|

Document Type:                  Outpatient Progress Note
Document Subject:            Office Visit Note 5/23/2018
Service Date/Time:           5/23/2018 09:46 PDT
Result Status:                 Modified
Perform Information:         Bodukam,Vijay P&S (5/23/2018 15:09 PDT); Bodukam,Vijay
                                 P&S (5/23/2018 09:49 PDT)
Sign Information:               Bodukam,Vijay P&S (5/23/2018 15:09 PDT); Bodukam,Vijay
                                 P&S (5/23/2018 15:06 PDT)
Authentication Information:   Bodukam,Vijay P&S (5/23/2018 15:09 PDT); Bodukam,Vijay
                                 P&S (5/23/2018 15:06 PDT); Bodukam,Vijay P&S (5/23/2018
                                 15:06 PDT); Bodukam,Vijay P&S (5/23/2018 15:05 PDT);
                                 Bodukam,Vijay P&S (5/23/2018 15:05 PDT); Bodukam,Vijay
                                 P&S (5/23/2018 15:03 PDT); Bodukam,Vijay P&S (5/23/2018
                                 14:58 PDT); Bodukam,Vijay P&S (5/23/2018 14:28 PDT);
                                 Bodukam,Vijay P&S (5/23/2018 14:27 PDT); Bodukam,Vijay
                                 P&S (5/23/2018 14:27 PDT); Bodukam,Vijay P&S (5/23/2018
                                 10:44 PDT)

**Addendum by Bodukam, Vijay P&S on May 23, 2018 15:08:48 PDT**
Follow-up appointment has been scheduled..

**Chief Complaint**
Testicular pain and difficulty urinating

**History of Present Illness**
Inmate presenting with chief complaints of pain and swelling in lt testicle since nov 2017, it all started after trauma to the scrotum, he told me that a officer kicked him, since then he has noticed gradually increased in size, pain 5/10, regular basis, difficulty with urination, dysuria, denied weight loss, denied blood in urine, denied urethral discharge, no fever or chills.  He told me his pain was better until a few weeks ago which has worsened, he denied urinary frequency or hesitancy.
I reviewed PCP notes from 11/21/2017 where he complained of left testicular pain and was evaluated by the PCP, received doxycycline without any relief.

Inmate is primarily Spanish speaker, correctional officer Hernandez was used as a Spanish to English interpreter.

**Review of Systems**
General: No fever, chills, rigors, dizziness, night sweats
HEENT: No significant headaches or neck pain, dizziness, no changes in vision or hearing. No hoarseness of voice or swallowing difficulties.
Cardiovascular: No chest pain, no chest tightness, no SOB or palpitations
Pulmonary: No cough, hemoptysis, or dyspnea
Gastrointestinal: No abdominal pain, diarrhea, or constipation, No Nausea or vomiting, No Melena or hematemesis
Genitourinary: No urinary hesitancy, no incontinence, has dysuria, No hematuria or no penile discharge, left-sided scrotal pain as mentioned in history of present illness

**Problem List/Past Medical History**
Ongoing
    Blurred vision, right eye
    Chemical keratoconjunctivitis
    Chronic pain syndrome
    Healthcare maintenance
    Major depressive disorder, recurrent
    Pain and swelling of shoulder
    Testicular pain, left
Historical
    No qualifying data

**Medications**
Inpatient
    Artificial Tears preserved ophthalmic
      solution, 1 drop, Eye-Both, q2hr-KOP,
      PRN
    busPIRone, 20 mg, 2 tab, Oral,
      BIDAM+PM
    capsaicin 0.025% topical cream, 1 app,
      Topical, Daily-KOP, PRN
    hydrOXYzine pamoate, 100 mg, 2 cap,
      Oral, qPM, PRN
    ibuprofen, 600 mg, 1 tab, Oral, TID, PRN
    terazosin, 1 mg, 1 cap, Oral, Once a day
      at bedtime

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  12325096                 Print Date/Time:  10/27/2018 10:03 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**SAC - California State Prison, Sacramento**

| | |
|---|---|
| Patient: | **RUIZ, ROGELIO MAY** |
| DOB/Age/Sex: | 1970 / 48 years / Male | CDCR: F59761 |

| *Progress Notes* |
|---|

I reviewed his list of medications on Cerner, plan of care was discussed with the inmate and he agreed with the plan of care.

Orders:
DME Non-Formulary Temporary
Follow Up RN 10

---

| | |
|---|---|
| Document Type: | Outpatient Progress Note |
| Document Subject: | Office Visit Note 3/28/2018 |
| Service Date/Time: | 3/28/2018 14:03 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Bodukam,Vijay P&S (3/28/2018 14:04 PDT) |
| Sign Information: | Bodukam,Vijay P&S (3/28/2018 14:20 PDT) |
| Authentication Information: | Bodukam,Vijay P&S (3/28/2018 14:20 PDT); Bodukam,Vijay P&S (3/28/2018 14:20 PDT); Bodukam,Vijay P&S (3/28/2018 14:20 PDT); Bodukam,Vijay P&S (3/28/2018 14:20 PDT); Bodukam,Vijay P&S (3/28/2018 14:05 PDT) |

**Chief Complaint**
Urgent RFS return

**History of Present Illness**
Inmate is ear for a RFS return after recent ophthalmology consultation on 3/27/2018. He denies any new complaints. Inmate is a Spanish speaker, his history was obtained by using Spanish interpretation by correctional officer Hernandez. Inmate denied any new complaints today. He denies any chest pain, no shortness of breath, no abdominal pain no nausea vomiting, no bleeding or bruising anywhere. He denies any loss of vision.

**Physical Exam**

*[handwritten: This is false I feel bad about my eyes]*

 Vitals & Measurements
T: 36.5 °C (Oral) **HR:** 75 (Peripheral) **RR:** 17 **BP:** 115/79 **SpO2:** 100%
**WT:** 90.2 kg
Inmate was not examined today because he is here for a RFS return from ophthalmology. And he denies any new complaints.

**Assessment/Plan**
Chemical keratoconjunctivitis, Chemical keratoconjunctivitis
 I reviewed ophthalmology consult notes from 3/27/2018: Inmate has chemical keratoconjunctivitis of both eyes, ophthalmologist recommended continuing fluorometholone both eyes twice daily for 2 weeks and then once daily for 1 week and then discontinue and switch to artificial tears when necessary. No further follow-up needed at this time as per the ophthalmologist and return visit only when needed.
 I discussed ophthalmology consultation and recommendations with the inmate and he agreed with the plan of care.
 Inmate has a follow-up chronic care appointment to address his chronic medical problems

**Problem List/Past Medical History**
 Ongoing
  Blurred vision, right eye
  Chemical keratoconjunctivitis
  Chronic pain syndrome
  Healthcare maintenance
  Major depressive disorder, recurrent
  Pain and swelling of shoulder
  Testicular pain, left
 Historical
  No qualifying data

**Medications**
 Inpatient
  Artificial Tears preserved ophthalmic solution, 1 drop, Eye-Both, q2hr-KOP, PRN
  busPIRone, 20 mg, 2 tab, Oral, BIDAM+PM
  capsaicin 0.025% topical cream, 1 app, Topical, Daily-KOP, PRN
  fluorometholone 0.1% ophthalmic suspension, 1 drop, Eye-Both, BIDAM+PM
  fluorometholone 0.1% ophthalmic suspension, 1 drop, Eye-Both, BIDAM+PM

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  12325096                    Print Date/Time:  10/27/2018 10:03 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

SAC - California State Prison, Sacramento

Patient:        **RUIZ, ROGELIO MAY**
DOB/Age/Sex:        1970    / 48 years        / Male        CDCR: F59761

| *Progress Notes* |
|---|

real aggravating or relieving factors, he denies any urinary incontinence or bowel incontinence, denies any perineal anesthesia.

**Review of Systems**
General: No fever, chills, rigors, dizziness, night sweats
HEENT: No significant headaches or neck pain, dizziness, no changes in vision or hearing. No hoarseness of voice or swallowing difficulties.
Cardiovascular: No chest pains, tightness, SOB or palpitations
Pulmonary: No cough, hemoptysis, or dyspnea
Gastrointestinal: No abdominal pain, diarrhea, or constipation, No Nausea or vomiting, No Melena or hematemesis
Genitourinary: No urinary hesitancy, incontinence, or dysuria, No hematuria or penile discharge
Neurologic: No weakness or numbness, no gait imbalance, no seizures, no syncope
Musculoskeletal: No edema, ambulating well, able to carry out ADL's
Psych: Denies Suicidal or Homicidal Ideations at this current point of time.
Endocrine: Denies polyuria or polyphagia or nocturia
He denies any adverse reactions to medications.

**Physical Exam**

  Vitals & Measurements
**T:** 36.5 °C  (Oral)  **HR:** 78 (Apical)  **RR:** 16  **BP:** 111/66  **SpO2:** 97%
**WT:** 89.6 kg  **WT:** 89.6 kg (Wt dosing)
General: No apparent distress, ambulating well, sitting and standing without difficulty. Alert and oriented ×3.
HEENT: Head is normocephalic and atraumatic. Pupils are equal round and reactive to light, extraocular muscles are intact.
Neck: No cervical lymphadenopathy no thyromegaly, Trachea central, no neck rigidity.
Heart: Regular rate and rhythm, No MRG, s1 s2 heard
Lungs: clear to auscultation bilaterally, No Wheeze or crackles
Abdomen: Soft nontender not distended, bowel sounds audible.
Extremities: no dependent edema. Good range of motion in bilateral upper and lower extremities.
Neuro: Muscle strength 5 out of 5×4 extremities, sensation was equal over the face, bilateral upper and lower extremities, no dysmetria
Skin: No rash no redness
Musculoskeletal: Ambulates without any difficulty and he was able to walk on his toes and knees
Inspection: Lumbosacral spine no swelling no redness
Palpation: Nontender spinal or paraspinal area
ROM: Within normal range to flexion extension and rotatory movements
Special test: Was able to walk on toes and heels, straight leg raising test was negative
Neurovascular: Intact
Left shoulder exam was normal clinical exam
Bilateral knee exam had mildly decreased range of motion to flexion, however there was no joint tenderness or redness or swelling.
Bilateral foot examination did not show any obvious deformity, the plantar arch was normal, nontender foot exam, no loss of sensation in the foot.

fluorometholone 0.1% ophthalmic suspension, 1 drop, Eye-Both, TID
hydrOXYzine pamoate, 50 mg, 1 cap, Oral, qPM, PRN
venlafaxine extended release, 75 mg, 1 cap, Oral, qAM
Home
  No active home medications

**Allergies**
No Known Medication Allergies

**Diagnostic Results**
Service Date: 01/30/2018
CLINICAL INDICATION: ankle pain
COMPARISON: None TECHNIQUE: 2 views of the ankle. FINDINGS: No acute fracture, dislocation, or acute joint abnormality. No radiopaque foreign body. IMPRESSION: No acute osseous abnormality.
Service Date: 12/04/2017
  CLINICAL INDICATION: pain COMPARISON: 2/24/2016 TECHNIQUE: Single frontal view of the left shoulder FINDINGS: Single frontal view demonstrates no acute fracture or subluxation. Acromioclavicular joint osteoarthritis unchanged. Limited image left lung clear. No radiopaque foreign body. IMPRESSION: Single frontal view of the left shoulder with no acute osseous abnormality or significant interval change significantly changed

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  12325096                    Print Date/Time:  10/27/2018 10:03 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:       **RUIZ, ROGELIO MAY**
DOB/Age/Sex:      1970   / 48 years     / Male          CDCR: F59761

| ***Progress Notes*** |
|---|

### Assessment/Plan
Chronic pain syndrome
   Left shoulder chronic pain, not interfering with ADLs.  Inmate refused physical therapy.
   Continue when necessary over-the-counter pain medications.
Healthcare maintenance
   Inmate refused influenza vaccination.
   EDUCATION: Encouraged healthy living, nutrition, and exercise as tolerated, and low-salt
   diet. Avoid alcohol, tobacco, illicit drugs and hepatotoxic exposures. Do not participate in
   tattoos either giving or receiving. Do not share needles, toothbrushes or razors.
   Risk behavior education done. Advised and counseled compliance vaccination as
   recommended.
   Effective communication was achieved: Patient was engaged, he asked appropriate
   questions, he was able to read back instructions given to him.
   Patient was also advised to submit CDCR 7362 or contact medical if clinical concerns
   need intervention.
Keratoconjunctivitis
   Chemical keratoconjunctivitis bilateral eyes.  I reviewed ophthalmology notes
   from 2/28/2018, I discussed the ophthalmology RFS findings with the
   inmate and reviewed inmates medication list and inmate is on ophthalmology
   recommended eyedrops at this time.  Ophthalmology recommended follow-up in 3 to 4
   weeks.  Follow-up ophthalmology request has been ordered.
   I addressed inmates OTM appointment in this visit and completed the scheduled
   appointment 3/5/2018.

   I reviewed his medication list on Cerner, plan of care was discussed with the inmate and
   he agreed with the plan of care

   Evaluation for orthopedic shoes: I emailed utilization management RN to investigate
   into previous RFS requests for orthotic shoes.  However it this time there is no urgent
   need for orthotic shoes on my clinical exam, I ordered foot x-rays to look for
   any osseous abnormality.  No obvious need for back brace at this time.  I ordered x-rays of
   lumbosacral spine, if there is any gross arthritic changes in the lumbosacral spine then we
   may consider for back brace.
Orders:
Follow Up Ophthalmology Referral
Follow Up RN 10

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  12325096                    Print Date/Time:  10/27/2018 10:03 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**SAC - California State Prison, Sacramento**

Patient:   **RUIZ, ROGELIO MAY**

DOB/Age/Sex:   '1970  / 48 years   / Male          CDCR: F59761

| *Progress Notes* |
|:---:|

Gastrointestinal: No abdominal pain, diarrhea, or constipation, No Nausea or vomiting, No Melena or hematemesis

Genitourinary: No urinary hesitancy, incontinence, or dysuria, No hematuria or penile discharge

Neurologic: No weakness or numbness, no gait imbalance, no seizures, no syncope

Musculoskeletal: No edema, ambulating well, able to carry out Prison ADL's

Endocrine: Denies polyuria or polyphagia or nocturia

He denies any adverse reactions to medications.

**Physical Exam**

 Vitals & Measurements

**T:** 36.3 °C  (Oral)  **HR:** 78 (Apical)  **RR:** 16  **BP:** 115/76  **SpO2:** 97%
**WT:** 90.5 kg  **WT:** 90.5 kg (Wt dosing)

General: No apparent distress, ambulating well, sitting and standing without difficulty. Alert and oriented ×3.

HEENT: Head is normocephalic and atraumatic. Pupils are equal round and reactive to light, extraocular muscles are intact.

Neck: No cervical lymphadenopathy, no thyromegaly, Trachea central, no neck rigidity, no elevated JVD

Heart: Regular rate and rhythm, No MRG, s1 s2 heard

Lungs: Air entry is equal bilateral chest, clear to auscultation bilaterally, No Wheeze or crackles

Abdomen: Soft nontender not distended, bowel sounds audible.

Extremities: no dependent edema. Good range of motion in bilateral upper and lower extremities.

Neuro: Muscle strength 5 out of 5×4 extremities, sensation was equal over the face, bilateral upper and lower extremities, no dysmetria, Babinski sign plantar response bilaterally

Skin: Rash on bilateral thumbs and bilateral great toes concerning for eczema.

Musculoskeletal: Ambulates without any difficulty.

Left Ankle Examination: No obvious swelling or redness over the left ankle, range of motion for both passive and active where within normal range, superior part of ankle joint has mild tenderness to palpation, no deformity appreciated.

**Assessment/Plan**

1. Left varicocele
   Chronic, stable I discussed ultrasound testicular results with the inmate. Clinical monitoring. No obvious clinical need for surgery at this time. Inmate was educated that if he develops any pain or swelling or worsening swelling then we will consider urology appointment.

2. Eczema
   Eczema of thumb and great toes, short course of steroid ointment and then reevaluated.
   Ordered:
   triamcinolone topical, 1 app, Topical, Cream, BID-KOP, Administration Type KOP, Order Duration: 14 day, First Dose: 08/18/18 14:00:00 PDT, Stop Date: 09/01/18 13:59:00 PDT

3. Chemical keratoconjunctivitis, Chemical keratoconjunctivitis
   Stable, resolved. Continue artificial tears

ketoconazole 2% topical shampoo, 1 app, Topical, 2x/wk-KOP

terazosin, 1 mg, 1 cap, Oral, Once a day at bedtime

venlafaxine extended release, 225 mg, 3 cap, Oral, qAM

Home
   No active home medications

**Allergies**
No Known Medication Allergies

**Diagnostic Results**
Service Date: 07/31/2018
CLINICAL INDICATION: Testicular pain swelling COMPARISON: None EXAM: Scrotal ultrasound. FINDINGS: Transverse and longitudinal images of the testicles were obtained. Testicles: The right testicle measures 4.3 x 2.0 x 2.2 cm and the left testicle measures 4.2 x 2.0 x 2.8 cm, respectively. The testicles appear homogeneous in echotexture. No testicular mass is seen. Normal, symmetric arterial flow is documented. Epididymis: The right and left epididymis are normal in size. No increased blood flow to suggest epididymitis. Miscellaneous: Incidental note of small left-sided varicocele. IMPRESSION: No testicular mass or torsion. Small left-sided varicocele.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  12325096                    Print Date/Time:  10/27/2018 10:03 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

**SAC - California State Prison, Sacramento**
Prison Road
P.O. Box 290002
Represa, CA 95671-

| | | |
|---|---|---|
| **Patient:** | **RUIZ, ROGELIO MAY** | |
| DOB/Age/Sex: | '1970   48 years   Male | |
| Encounter Date: | 2/8/2018 | |
| Attending: | Hlaing,Min P&S | |

| | |
|---|---|
| CDCR #: | F59761 |
| PID #: | 11584922 |
| Referring: | |

| *Trauma* |
|---|

### ED Trauma Activation

| | | | |
|---|---|---|---|
| Recorded Date | 8/24/2018 | 8/24/2018 | 8/22/2018 |
| Recorded Time | 00:36 PDT | 00:10 PDT | 16:30 PDT |
| Recorded By | Cho,Grace RN | Cho,Grace RN | Omelchuk,Anna RN |
| Procedure | | | |
| TTA-Arrival Time of Patient | - | 8/24/2018 00:10 PDT | - |
| TTA-Category | Non-urgent | - | Non-urgent |
| Location of incident | - | cell | - |
| Fr-Date and Time of Incident | - | 8/23/2018 22:00 PDT | - |
| Fr-Time TTA notified | - | 00:00:00 | - |

### Primary Circulation

| | | |
|---|---|---|
| Recorded Date | 8/24/2018 | 8/22/2018 |
| Recorded Time | 00:10 PDT | 12:32 PDT |
| Recorded By | Cho,Grace RN | Peters,Steven RN |
| Procedure | | |
| External Bleeding | No | Yes |
| Circulation interventions | - | See Below [T1] |

Textual Results
T1:   8/22/2018 12:32 PDT (Circulation interventions)
         Direct pressure over uncontrolled bleeding sites

### Triage Information

| | |
|---|---|
| Recorded Date | 8/24/2018 |
| Recorded Time | 00:10 PDT |
| Recorded By | Cho,Grace RN |
| Procedure | |
| Triage Treatments | Dressing to affected area |

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  12325141                                    Print Date/Time:  10/27/2018 10:08 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**SAC - California State Prison, Sacramento**

Patient:      **RUIZ, ROGELIO MAY**

DOB/Age/Sex:    1970  / 48 years    / Male        CDCR: F59761

| *Trauma* |
|---|

### Chief Complaint

| Recorded Date | 3/28/2018 | 3/16/2018 | 3/9/2018 | 3/9/2018 |
|---|---|---|---|---|
| Recorded Time | 11:06 PDT | 08:35 PDT | 09:00 PST | 08:59 PST |
| Recorded By | Teachout,Christina LVN | Poppachan,Sminni RN | Bu,Yingmei RN | Bu,Yingmei RN |
| Procedure | | | | |
| Chief Complaint | Urgent RFS return | See Below T8 | See Below T9 | New arrival, medium risk |

Textual Results

T8:    3/16/2018 08:35 PDT (Chief Complaint)
       both shoulder pain  and needs MRI because x ray shows anything .Need knee brace,
T9:    3/9/2018 09:00 PST (Chief Complaint)
       IP refused FOBT test, refusal signed. see vital sgins in SOAPE

| Recorded Date | 3/2/2018 | 2/16/2018 |
|---|---|---|
| Recorded Time | 08:21 PST | 08:53 PST |
| Recorded By | Cox,Gail LVN | Poppachan,Sminni RN |
| Procedure | | |
| Chief Complaint | PCP: REPLACE ORTHOPEDIC SHOES | See Below T10 |

Textual Results

T10:   2/16/2018 08:53 PST (Chief Complaint)
       to check the follow up of the hospital for eye problems.   Need orthopedic shoes request for the reult x ray. did not
       mention about MRI

### Disposition

| Recorded Date | 10/11/2018 | 10/11/2018 | 8/30/2018 |
|---|---|---|---|
| Recorded Time | 09:00 PDT | 08:52 PDT | 09:00 PST |
| Recorded By | Poppachan,Sminni RN | Poppachan,Sminni RN | Poppachan,Sminni RN |
| Procedure | | | |
| TTA-Disposition To: | Return to housing | Return to housing | Return to housing |
| TTA-Mode of Disposition Via: | - | Ambulatory | - |

| Recorded Date | 8/28/2018 | 8/27/2018 | 8/24/2018 |
|---|---|---|---|
| Recorded Time | 09:00 PDT | 09:00 PDT | 09:00 PDT |
| Recorded By | Poppachan,Sminni RN | Poppachan,Sminni RN | Poppachan,Sminni RN |
| Procedure | | | |
| TTA-Disposition To: | Return to housing | Return to housing | Return to housing |

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  12325141                          Print Date/Time:  10/27/2018 10:08 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient: **RUIZ, ROGELIO MAY**

DOB/Age/Sex:   1970  / 48 years   / Male          CDCR: F59761

| | *Trauma* |
|---|---|

**Disposition**

| | | | |
|---|---|---|---|
| Recorded Date | 8/24/2018 | 8/23/2018 | 8/22/2018 |
| Recorded Time | 00:36 PDT | 08:00 PDT | 16:30 PDT |
| Recorded By | Cho,Grace RN | Poppachan,Sminni RN | Omelchuk,Anna RN |
| Procedure | | | |
| TTA-Disposition To: | Return to housing | Return to housing | Return to housing |
| TTA-Mode of Disposition Via: | Ambulatory | - | Ambulatory |
| TTA-Category | Non-urgent | - | Non-urgent |
| TTA-Condition on Disposition | Stable | - | Stable |

| | | | |
|---|---|---|---|
| Recorded Date | 8/6/2018 | 8/6/2018 | 7/13/2018 |
| Recorded Time | 08:14 PDT | 08:00 PDT | 09:00 PDT |
| Recorded By | Poppachan,Sminni RN | Poppachan,Sminni RN | Poppachan,Sminni RN |
| Procedure | | | |
| TTA-Disposition To: | Return to housing | Return to housing | Return to housing |
| TTA-Mode of Disposition Via: | Ambulatory | - | - |

| | | | |
|---|---|---|---|
| Recorded Date | 7/3/2018 | 6/19/2018 | 5/24/2018 |
| Recorded Time | 11:15 PDT | 08:00 PDT | 08:37 PDT |
| Recorded By | Poppachan,Sminni RN | Poppachan,Sminni RN | Bu,Yingmei RN |
| Procedure | | | |
| TTA-Disposition To: | Return to housing | Return to housing | Return to housing |
| TTA-Mode of Disposition Via: | Ambulatory | - | - |

| | | | |
|---|---|---|---|
| Recorded Date | 5/19/2018 | 5/3/2018 | 5/3/2018 |
| Recorded Time | 09:00 PDT | 09:30 PDT | 09:00 PDT |
| Recorded By | Peters,Steven RN | Poppachan,Sminni RN | Poppachan,Sminni RN |
| Procedure | | | |
| TTA-Disposition To: | Return to housing | Return to housing | Return to housing |
| TTA-Mode of Disposition Via: | - | Ambulatory | - |

| | | | |
|---|---|---|---|
| Recorded Date | 4/6/2018 | 4/6/2018 | 3/27/2018 |
| Recorded Time | 09:31 PDT | 09:00 PDT | 10:53 PDT |
| Recorded By | Poppachan,Sminni RN | Poppachan,Sminni RN | Corpuz,Marlon RN |
| Procedure | | | |
| TTA-Disposition To: | Return to housing | Return to housing | - |
| TTA-Mode of Disposition Via: | Ambulatory | - | Ambulatory |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  12325141                    Print Date/Time:  10/27/2018 10:08 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:     **RUIZ, ROGELIO MAY**
DOB/Age/Sex:     1970   / 48 years     / Male          CDCR: F59761

| | | | |
|---|---|---|---|
| | | ***Trauma*** | |

**Disposition**

| | | | |
|---|---|---|---|
| Recorded Date | 3/16/2018 | 3/16/2018 | 3/9/2018 |
| Recorded Time | 08:35 PDT | 08:00 PDT | 08:59 PST |
| Recorded By | Poppachan,Sminni RN | Poppachan,Sminni RN | Bu,Yingmei RN |
| Procedure | | | |
| TTA-Disposition To: | Return to housing | Return to housing | Return to housing |
| TTA-Mode of Disposition Via: | Ambulatory | - | - |

| | | | |
|---|---|---|---|
| Recorded Date | 2/28/2018 | 2/16/2018 | 2/16/2018 |
| Recorded Time | 09:42 PST | 09:00 PST | 08:53 PST |
| Recorded By | Peters,Steven RN | Poppachan,Sminni RN | Poppachan,Sminni RN |
| Procedure | | | |
| TTA-Disposition To: | - | Return to housing | Return to housing |
| TTA-Mode of Disposition Via: | Ambulatory | - | Ambulatory |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  12325141                                Print Date/Time:  10/27/2018 10:08 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.