UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>              Plaintiff,<br><br>       v.<br><br>C. SADLER, et al.,<br><br>              Defendants. | No.  2:19-cv-0147-TLN-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On August 20, 2020, defendant Sadler filed a motion to dismiss.  *See* Fed. R. Civ. P. 12(b)(6).  Plaintiff has not filed an opposition or a statement of non-opposition to defendant's motion.

In cases in which one party is incarcerated and proceeding without counsel, motions ordinarily are submitted on the record without oral argument.  Local Rule 230(*l*).  "Opposition, if any, to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21), days after the date of service of the motion."  *Id*.  A responding party's failure "to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."  *Id*.

Furthermore, a party's failure to comply with any order or with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or

1 within the inherent power of the Court." E.D. Cal. Local Rule 110.  The court may recommend
2 that an action be dismissed with or without prejudice, as appropriate, if a party disobeys an order
3 or the Local Rules.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did
4 not abuse discretion in dismissing pro se plaintiff's complaint for failing to obey an order to re-
5 file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856
6 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local
7 rule regarding notice of change of address affirmed).

8     Accordingly, it is hereby ORDERED that, within 21 days of the date of this order,
9 plaintiff shall file either an opposition to the motion to dismiss or a statement of no opposition.
10 Failure to comply with this order may result in a recommendation that this action be dismissed
11 without prejudice.

12 DATED:  September 14, 2020.

        _____
        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE