Rogelio May Ruiz T-59761
S.V.S.P.-D2-104
P.O. Box 1020
Soledad, ca 93960

**FILED**
JAN 25 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES COURT
# EASTER DISTRICT OF CALIFORNIA

Rogelio May Ruiz
Plaintiff

C. Sadler
Defendant

Case No. 2:19-cv-00147-TLN-JDP

Motion: Request Appointment of Counsel interpreter AND OBJETIONS TO MAGISTRATE JUDGES FINDINGS AND RECOMMENDATIONS

**HON:** TLN and JDP, PLAINTIFF MR. RUIZ is an inmate indigent and is

**I.** Requesting an Attorney that speaks Spanish as his Counsel interpreter his TABE score is 0.0 and he are not represented for Any Lawyer, he can't litigate, no understand no court Rules, terminology or any citations, yo say plaintiff no have rights to appointment of counsel, plaintiff to return at the option Request at this court onored and invoke the correct constitutional amendments and grant appointment of counsel under the 1st 8th and 14th amendments to court access to file his complaint please Title 15 Art 8, Sec 3084-1 (c) Department staff shall Ensure that all inmate and parolees including thos who have Difficulties Comunicating are provided Equal acces to the Appeal process and the timely assistance necessary to participate throughout the appeal process see 3084.5 (a)(b)(1) When an appeal indicated the inmate has difficulty describin the problem in writing or has primary language other than English, the appeals Coordinator Shall ensure that inmate receive ASSISTANCE in his Appeal this Qualificate for the Courts or check (DOU).

**II** Honorable TLN - I/m Mr. Ruiz No hablo ingles Favor asignarme un INTERPRETER Varias Veces e explicado a esta corte las razones porque tercer nivel no exausto Remedios administrativos
1.- primero yo no hablo no se escrivir y no entiend idioma ingles
2.- Segundo Appeal office 3rd level fallo (chief M. Voong) en atachar una copia duplicado de la mocion orden o memorandum que yo continuamente anteriormente solicite Varias Veces. is due process violation.
3.- tercero. Chief M. Voong Fallo d(E/C) empleado Correctional Fallaron en darme Assistencia con un interpreter. Saviendo ellos que mi TABE score →

P.#1

CASE No. 2:19-cv-00147 TLN JDP— MOTION REQUEST APPOINTMENT and OBJECTIONS TO MAGISTRATE JUDGES F&R

esto Constitulle Violation Due process and Discrimination racial

4.- cuarto Yo no conozco las reglas o requerimentos de Completo proceso de Apelacion No conozco que es un CDCR FORM 1858, Rights and Responsibilities al igual que no se leer ingles por lo que Solicito a esta Honorable Court Reconciderar por lo menos que esta apelacion fue garantizada parcialmente como un Complaint Staff en Segundo Nivel Review.

5.- en quinto lugar Reconciderar mi queja See Art.8 Seccion 3085. AMERICANS WITH DISABILITIES ACT. Explanation-Deparment compliance with the American with Disabilities Act (ADA) is currently under the supervision of federal courts as especified in court ordered Remedial plans articulate in the Armtrong V. swarcheneger (previously Armstrong V. Davis) case Accordingly, Departmental ADA practices, including offender ADA Appeal rights are currently carried out in acordance With an Armstrong remedial plan (ARP) stablished by the court of jurisdiction. Por lo que Solicito tome en cuenta mi desavilidad con lenguaje ingles, igual Solicito por favo para asignarme un interpreter igual Solicito Recenciderar garantizar mi apelacion. See Art.8-Secc.3084.9 (a)-(1).-When circunstance are such that the regular appeal time limits would subject the inmate or parolee to a substantial risk of personal injury or cause other serious and irreparable arm, the appeal shall be processed as an emergency appeal. emergency circunstance include but not limited-(A) threat of death or injury......
(B) (2) an emergency appeal shall be submitted directly

P.#2

Case No. 2-19-CV-00147 TLN-JDP OBJETIONS TO MAGISTRATE JUDGES F&R.

to the appeals coordinator (chief-clerk) and Shall an clear description of the circumstances warranting emergency processing..........

III(6). NOTICE

En 1-19-2021 jo inmate Ruiz sometí a (FLR) primer nivel de revisión → Apeals coordinador una queja "Complaint staff, due process violation Contra CDCR appeal office-chief M. Voong (TLR) torcer nivel de revision". Para Solicitar reconciderar exhaustación de esta apelación rejectada en la que por causa de lenguage ingles e inavilidad para Completar devidamente orden de apelación rejectada fue la causa y responsavilidad de chieef M. Voong y E/C y no precisamente culpa propia de mi parte por desconocer lenguage ingles como reglas de apelaciones. Ahora esta apelación esta pendiente y solicito a esta Corte un justo chance para reconciderar en caso de ser aceptada esta apelación mi caso Ruiz vs. Sadler sea garantizado

Cinceramente Rogelio May Ruiz P.52761

Date 1-20-2021

pag #3

## ADA/Effective Communication Patient Summary

**As of:** 06/24/2019 07:37

### Patient Information

**NAME:** RUIZ, ROGELIO
**CDCR:** F59761

### Disability Placement Program

**Current DPP Code(s):**
* DLT

**DPP Verification/Accommodation Date:**

**Current Housing Restrictions/Accomodations:**

### Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

### Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

### Testing of Adult Basic Education (TABE)

**TABE Score:** 00.0

**TABE Date:** 02/16/2007 00:00

### Learning Disabilities

**Learning Disabilities:**

### English Proficiency

**LEP:** Yes

**Primary Language:** Spanish

### Durable Medical Equipment

**Current ISSUED DME:**
* Back Braces Temporary
* Eyeglass Frames Permanent
* Foot Orthoses Permanent

### MHSDS

**MHLOC:** EOP

*Handwritten annotation:* proof tabe score 00.0

*Stamp:* RECEIVED HCCAB SEP 18 2019