UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>C. SADLER,<br><br>    Defendant. | No. 2:19-cv-00147-TLN-JDP<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 12, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 12, 2021, are ADOPTED IN FULL;

2. Defendant's motion to dismiss (ECF No. 29) is GRANTED and Plaintiff's claims against him are DISMISSED without prejudice;

3. Plaintiff's motion for appointment of counsel (ECF No. 36) is DENIED as moot; and

4. The Clerk of the Court is directed to close the case.

Dated: February 15, 2021

    Troy L. Nunley
    United States District Judge