UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>  Plaintiff,<br><br>  v.<br><br>C. SADLER,<br><br>  Defendant. | No. 2:19-cv-00147-TLN-JDP (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S FILING<br><br>ECF No. 39 |

On January 12, 2021, I recommended that defendant's motion to dismiss be granted and that plaintiff's claims against defendant be dismissed without prejudice. ECF No. 35. On February 16, 2021, the court adopted the findings and recommendations in full and dismissed this case. ECF No. 37. On November 7, 2022, after the case was closed, plaintiff filed a request for counsel and for an interpreter, and also to reopen the case. ECF No. 39.

Plaintiff's post-closure filings will be disregarded. None of these filings constitute a proper request for reconsideration of the February 16, 2021 order and judgment. Plaintiff is notified that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

1  Accordingly, it is hereby ORDERED that plaintiff's November 7, 2022 filing, ECF No. 39, is disregarded.

IT IS SO ORDERED.

Dated:   November 29, 2022                   /s/ Jeremy Peterson
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE